**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6439**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ALDRICH HAZEN AMES, a/k/a Kolokol, a/k/a K,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CR-94-166, CA-99-1340-AM)

_____

Submitted: August 29, 2000        Decided: September 14, 2000

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Aldrich Hazen Ames, Appellant Pro Se. Charles Philip Rosenberg,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aldrich Hazen Ames seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) as untimely filed under the Antiterrorism and Effective Death Penalty Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Ames, Nos. CR-94-166; CA-99-1340-AM (E.D. Va. Mar. 3, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2